**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CR284** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **BOBBY J. JACKSON,** | ) | |
| **Defendant.** | ) | |

Defendant Bobby J. Jackson appeared before the court on Wednesday, March 22, 2006 on a Petition for Warrant or Summons for Offender Under Supervision [26]. The defendant was represented by retained counsel, Donald L. Schense, and the United States was represented by Special Assistant U.S. Attorney Russell R. Sibbel. Defendant denied all the allegations in the petition. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of probation.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing.

**IT IS ORDERED**:

1.      A final dispositional hearing will be held before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska **at 2:00 p.m. on April 18, 2006.** Defendant must be present in person.

2       The defendant is released on current conditions of probation.

DATED this 23rd day of March, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge